| | |
|---|---|
| STATE OF SOUTH CAROLINA<br>COUNTY OF ORANGEBURG<br><br>DAVID GAINEY,<br><br>　　　*Plaintiff*,<br><br>　　-v-<br><br>EXCLUSIVE MOVING AND<br>DELIVERY, LLC, and<br>FRANKLYN F. RODRIGUEZ,<br><br>　　　*Defendants*. | IN THE COURT OF COMMON PLEAS<br>FOR THE FIRST JUDICIAL CIRCUIT<br><br>CASE NO:<br><br><br>**SUMMONS** |

**TO THE DEFENDANT ABOVE-NAMED:**

**YOU ARE HEREBY SUMMONED** and required to answer the complaint herein, a copy of which is herewith served upon you, and to serve a copy of your answer to this complaint upon the subscriber, at the address shown below, within thirty (30) days after service hereof, exclusive of the day of such service, and if you fail to answer the complaint, judgment by default will be rendered against you for the relief demanded in the complaint.

　　　　　　　　　　　　　　　　　　**MORGAN & MORGAN P.A.**

　　　　　　　　　　　　　　　　　　/*s/ James G. Biggart II*
　　　　　　　　　　　　　　　　　　JAMES G. BIGGART II, ESQ.
　　　　　　　　　　　　　　　　　　SC Bar No.: 106477
　　　　　　　　　　　　　　　　　　M. COOPER KLAASMEYER, ESQ.
　　　　　　　　　　　　　　　　　　SC Bar No.: 105795
　　　　　　　　　　　　　　　　　　4401 Belle Oaks Drive, Suite 300
　　　　　　　　　　　　　　　　　　North Charleston, SC 29405
　　　　　　　　　　　　　　　　　　Telephone: (843) 973-5186
　　　　　　　　　　　　　　　　　　Fax:　　(843) 947-6113
　　　　　　　　　　　　　　　　　　jbiggart@forthepeople.com
　　　　　　　　　　　　　　　　　　swright@forthepeople.com
　　　　　　　　　　　　　　　　　　**Attorneys for the Plaintiff**

June 11, 2025
Charleston, South Carolina

ELECTRONICALLY FILED - 2025 Jun 11 8:44 AM - ORANGEBURG - COMMON PLEAS - CASE#2025CP3800788