| | |
|---|---|
| STATE OF SOUTH CAROLINA<br><br>COUNTY OF ORANGEBURG<br><br>David Gainey,<br>                    Plaintiff,<br><br>vs.<br><br>Exclusive Moving and delivery, LLC,<br>Franklyn F. Rodriguez<br><br>                    Defendants. | IN THE COURT OF COMMON PLEAS<br>FOR THE FIRST JUDICIAL CIRCUIT<br><br>CASE NO.: 2025-CP-38-00788<br><br>**AFFIDAVIT OF SERVICE** |

Personally appeared before me the affiant who, being duly sworn, states that she is over eighteen years of age and is an employee of Morgan & Morgan, P.A. On June 23, 2025, the affiant served (1) the Summons and Complaint, (2) Plaintiffs' First Interrogatories to Defendant, (3) Plaintiffs' First Requests for Production to Defendant, (4) Notice of Deposition and (5) Plaintiffs' First Requests for Admissions to Defendant in this action on Exclusive Moving and delivery, LLC by depositing those documents with the commercial delivery service Federal Express, tracking number 8821-5906-0182, to be delivered 8146 Westbourne Dr, Charlotte, NC 28216. The delivery record for that tracking number, attached as **Exhibit A**, shows that Defendant Exclusive Moving and delivery, LLC received and signed for the delivery on June 23, 2025 at 11:59 AM.

Sworn to before me this
26rd day of June, 2025

_____
Notary Public of South Carolina
My Commission expires: 3/6/29

_____
Affiant Signature

# EXHIBIT A



June 26, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 882159060182

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Residence |
| Signed for by: | Z.Santo | Delivery Location: | 8146 WESTBOURNE DR |
| Service type: | FedEx Priority Overnight | | |
| Special Handling: | Deliver Weekday;<br>Residential Delivery;<br>Direct Signature Required | | CHARLOTTE, NC, 28216 |
| | | Delivery date: | Jun 23, 2025 11:59 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 882159060182 | Ship Date: | Jun 19, 2025 |
| | | Weight: | 0.5 LB/0.23 KG |

Recipient:
Exclusive Moving and Delivery LLC
8146 WESTBOURNE DR
CHARLOTTE, NC, US, 28216

Shipper:
MORGAN & MORGAN PA
4401 Belle Oaks Dr Fl 3
NORTH CHARLESTON, SC, US, 29405



Z. SANTO
#58, 12:02, 1 Del, 0 NonDel

Thank you for choosing FedEx