| | |
|---|---|
| STATE OF SOUTH CAROLINA<br><br>COUNTY OF ORANGEBURG<br><br>David Gainey,<br>　　　　　　Plaintiff,<br><br>vs.<br><br>Exclusive Moving and delivery, LLC,<br>Franklyn F. Rodriguez<br>　　　　　　Defendants. | IN THE COURT OF COMMON PLEAS<br>FOR THE FIRST JUDICIAL CIRCUIT<br><br>CASE NO.: 2025-CP-38-00788<br><br>**AFFIDAVIT OF SERVICE** |

Personally appeared before me the affiant who, being duly sworn, states that she is over eighteen years of age and is an employee of Morgan & Morgan, P.A. On June 20, 2025, the affiant served (1) the Summons and Complaint, (2) Plaintiffs' First Interrogatories to Defendant, (3) Plaintiffs' First Requests for Production to Defendant, (4) Notice of Deposition and (5) Plaintiffs' First Requests for Admissions to Defendant in this action on Franklyn F. Rodriguez by depositing those documents with the commercial delivery service Federal Express, tracking number 8821-5862-2870, to be delivered 7104 Obrien CT, Charlotte, NC 28269. The delivery record for that tracking number, attached as **Exhibit A**, shows that Defendant Franklyn F. Rodriguez received and signed for the delivery on June 20, 2025 at 11:34 AM.

Sworn to before me this
26rd day of June, 2025
_____
Notary Public of South Carolina
My Commission expires: 3/6/29

_____
Affiant Signature

# EXHIBIT A



June 26, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 882158622870

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | R.Rodriguez | **Delivery Location:** | 7104 OBRIEN CT |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday; Residential Delivery; Direct Signature Required | | CHARLOTTE, NC, 28269 |
| | | **Delivery date:** | Jun 20, 2025 11:34 |

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 882158622870 | **Ship Date:** | Jun 19, 2025 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
Franklyn F. Rodriguez
7104 OBRIEN CT
CHARLOTTE, NC, US, 28269

**Shipper:**
MORGAN & MORGAN PA
4401 Belle Oaks Dr Fl 3
NORTH CHARLESTON, SC, US, 29405

R. RODRIGUEZ
#28, 11:37, 1 Del, 0 NonDel

Thank you for choosing FedEx