ELECTRONICALLY FILED - 2025 Jun 26 4:01 PM - ORANGEBURG - COMMON PLEAS - CASE#2025CP3800788

| | | |
|---|---|---|
| STATE OF SOUTH CAROLINA | ) | IN THE COURT OF COMMON PLEAS |
| COUNTY OF ORANGEBURG | ) | FIRST JUDICIAL CIRCUIT |
| | ) | |
| DAVID GAINEY, | ) | CASE NO.:    2025CP3800788 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DEFENDANTS' OFFER OF JUDGMENT** |
| v. | ) | **PURSUANT TO RULE 68, SCRCP** |
| | ) | |
| EXCLUSIVE MOVING AND | ) | |
| DELIVERY, LLC AND FRANKLYN | ) | |
| F. RODRIGUEZ, | | |
| | | |
| Defendants. | | |

Defendants Exclusive Moving and Delivery, LLC and Franklyn F. Rodriguez ("Defendants"), by and through their undersigned counsel, hereby offer to allow judgment to be taken against them jointly in the amount of Seventy-Five Thousand One and 00/100 Dollars ($75,001.00) on Plaintiff's claim for damages pursuant to Rule 68 of the South Carolina Rules of Civil Procedure.   This offer of judgment of Seventy-Five Thousand One and 00/100 Dollars ($75,001.00) is inclusive of Plaintiff's damages, any and all costs incurred to date by Plaintiff or Plaintiff's counsel, including but not limited to any costs as defined by Rule 54(d) or taxable costs as defined by Rule 54(d) of the South Carolina Rules of Civil Procedure, S.C. Code Ann. §15-37-10, et seq., and/or attorney's fees.  Should this Offer of Judgment not be accepted within twenty (20) days, it is deemed withdrawn, and Defendants shall proceed with litigating the matter in preparation for trial. Further, should this Offer of Judgment not be accepted, Defendants reserve the right to pursue all available remedies available under Rule 68(b) including, but not limited to, all available costs allowed.

This Offer of Judgment shall not in any way be considered an admission of liability by the Defendants. This Offer of Judgment is made only in an effort to avoid the otherwise necessary

costs of litigating this matter in preparation for trial.

This 26ᵗʰ day of June 2025.

By:    s/ W. James Flynn
       W. James Flynn
       SC Bar No. 15830
       4000 S. Faber Place Drive
       Charleston, SC 29405
       jflynn@chartwelllaw.com
       (704) 313-6645 Phone
       (610) 666-7704 Fax
       Attorneys for Defendants Exclusive Moving and Delivery,
       LLC and Franklyn E. Rodriguez

ELECTRONICALLY FILED - 2025 Jun 26 4:01 PM - ORANGEBURG - COMMON PLEAS - CASE#2025CP3800788