| | | |
|---|---|---|
| STATE OF SOUTH CAROLINA | ) | IN THE COURT OF COMMON PLEAS |
| COUNTY OF ORANGEBURG | ) | FIRST JUDICIAL CIRCUIT |
| | ) | |
| DAVID GAINEY, | ) | CASE NO.:   2025CP3800788 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE TO STATE COURT OF** |
| v. | ) | **REMOVAL TO FEDERAL DISTRICT** |
| | ) | **COURT** |
| EXCLUSIVE MOVING AND | ) | |
| DELIVERY, LLC AND FRANKLYN | ) | |
| F. RODRIGUEZ, | | |
| | | |
| Defendants. | | |

To: Winnifa Brown
   Orangeburg County Clerk of Court

   Plaintiff c/o his attorneys, James G. Biggart, II and M. Cooper Klaasmeyer, Morgan & Morgan P.A.

You are hereby notified of the filing of a Notice of Removal to the United States District Court for the District of South Carolina, Orangeburg Division for this case in accordance with the provisions of Section 1332, Title 28 of the United States Code. A copy of said Notice filed is attached hereto.

This 17th day of July 2025.

By:   s/ W. James Flynn
   W. James Flynn
   SC Bar No. 15830
   4000 S. Faber Place Drive
   Charleston, SC 29405
   jflynn@chartwelllaw.com
   (704) 313-6645 Phone
   (610) 666-7704 Fax
   Attorneys for Defendants Exclusive Moving and Delivery, LLC and Franklyn E. Rodriguez