UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA



## <u>NOTICE TO COUNSEL</u>

The attached Conference and Scheduling Order contains a number of important changes required by recent amendments to the Federal Rules of Civil Procedure, effective December 1, 2000. Additional amendments became effective August 1, 2001.

Counsel should carefully review the Order and <u>note all deadlines on a calendaring system.</u>

Counsel should also review the referenced rules and become familiar with these significant changes.

The amended Local Civil Rules for the District of South Carolina are available at:

www.scd.uscourts.gov.

s/Mary Geiger Lewis
United States District Judge

July 17, 2025
Columbia, South Carolina

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

DAVID GAINEY,                          )      CA: 5:25-cv-07706-MGL
                                       )
              Plaintiff,               )
                                       )
       -versus-                        )      **CONFERENCE AND**
                                       )      **SCHEDULING ORDER**
EXCLUSIVE MOVING AND                   )
DELIVERY, LLC, and                     )
FRANKLYN F. RODRIGUEZ,                 )
                                       )
              Defendants.              )

       Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court,
the following schedule is established for this case.  Discovery may begin upon receipt of this
order.

1.     A conference of the parties  pursuant to Fed.R.Civ.P. 26(f) shall be held no later than
       **August 6, 2025**.[1]  At conference the parties shall confer concerning all matters set forth in
       Fed.R.CivP. 26(f) and whether the schedule set forth in this order is appropriate and, if
       not, what modifications are necessary.[2]

2.     No later than **August 20, 2025**, the required initial disclosures under Fed.R.Civ.P.
       26(a)(1) shall be made.[3]

3.     No later than **August 20, 2025**, the parties shall file a Rule 26(f) Report in the form
       attached to this order.  Parties are hereby notified that Local Civil Rule 26.03 lists
       additional queries to be answered in the Rule 26(f) Report.

_____

       [1]Plaintiff's counsel shall initiate the scheduling of the Rule 26(f) conference with all
counsel known to plaintiff regardless of whether they have filed appearances.

       [2]The parties shall also consider whether they wish to consent to trial before a United
States Magistrate Judge.  See attached Notice of Availability of United States Magistrate Judge.

       [3]Pursuant to Fed.R.Civ.P. 26(a)(1), the parties may, by stipulation, agree not to make
some or all of the Rule 26(a)(1) initial disclosures.  If such a stipulation is made, it shall be
confirmed in writing between the parties.  See Fed.R.Civ.P. 29 and Local Civil Rule 29.01.

CA: 5:25-cv-07706-MGL
Conference and Scheduling Order; Page 2


4.      Motions to join other parties and amend the pleadings (Fed.R.Civ.P.16(b)(3)(A)) shall be
        filed no later than **September 15, 2025**.[4]

5.      Plaintiff(s) shall file and serve a document identifying by full name, address, and
        telephone number each person whom Plaintiff(s) expects to call as an expert at trial and
        certifying that a written report prepared and signed by the expert including all information
        required by Fed. R. Civ. P. 26(a)(2)(B) has been disclosed to other parties by **October 15,
        2025**.

6.      Defendant(s) shall file and serve a document identifying by full name, address, and
        telephone number each person whom Defendant(s) expects to call as an expert at trial and
        certifying that a written report prepared and signed by the expert including all information
        required by Fed. R. Civ. P. 26(a)(2)(B) has been disclosed to other parties by **November
        14, 2025**.

7.      Counsel shall file and serve affidavits of records custodian witnesses proposed to be
        presented by affidavit at trial no later than **November 14, 2025**.  Objections to such
        affidavits must be made within fourteen (14) days after the service of the disclosure.  (See
        Fed.R.Evid. 803(6), 902(11), or 902(12) and Local Civil Rule 16.02(D)(3)).

8.      Discovery shall be completed no later than **January 13, 2026**.  All discovery requests
        shall be served in time for the responses thereto to be served by this date.  De bene esse
        depositions must be completed by discovery deadline.  No motions relating to discovery
        shall be filed until counsel have consulted and attempted to resolve the matter as required
        by Local Civil Rule 7.02 and have had a telephone conference with Judge Lewis in an
        attempt to resolve the matter informally.  **The request for a telephone conference
        should be made within the time limit prescribed by local rule for filing such a
        motion.  Attorneys should send a request for a telephone conference via e-mail to
        Lewis_ecf@scd.uscourts.gov.**

9.      Motions in limine must be filed no later than **April 27, 2026**.  Written responses are due
        seven (7) days thereafter.

10.     All other motions, except those to complete discovery, those nonwaivable motions made
        pursuant to Fed.R.Civ.P. 12, and those relating to the admissibility of evidence at trial,
        shall be filed on or before **January 28, 2026**. (Fed.R.Civ.P.16(b)(3)(A)).

—————————————

        [4]As a general rule, when no timely response is filed to any motion, the Court will grant
the motion with the notation that it is being "granted *without opposition*."

CA: 5:25-cv-07706-MGL
Conference and Scheduling Order; Page 3

11.    Mediation shall be completed in this case on or before **March 30, 2026**.  See the
       Mediation Order filed in this case which sets forth mediation requirements.

12.    No later than **April 13, 2026**, the parties shall file and exchange Fed.R.Civ.P. 26(a)(3)
       pretrial disclosures.  Within fourteen (14) days thereafter, a party shall file and exchange
       Fed.R.Civ.P. 26(a)(3) objections, any objections to use of a deposition designated by
       another party and any deposition counter-designations under Fed.R.Civ.P. 32(a)(6).

13.    Parties shall furnish the Court pretrial briefs seven (7) days prior to the date set for jury
       selection (Local Civil Rule 26.05).  Attorneys shall meet at least seven (7) days prior to
       the date set for submission of pretrial briefs for the purpose of exchanging and marking
       all exhibits.  See Local Civil Rule 26.07.

14.    This case is subject to being called for jury selection and/or trial on or after **May 18,
       2026**.

                                    s/Mary Geiger Lewis
                                    United States District Judge

July 17, 2025
Columbia, South Carolina

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

DAVID GAINEY,                          )          CA: 5:25-cv-07706-MGL
                                       )
          Plaintiff,                   )
                                       )          **RULE 26(f) REPORT**
          -versus-                     )
                                       )
EXCLUSIVE MOVING AND                   )
DELIVERY, LLC, and                     )
FRANKLYN F. RODRIGUEZ,                 )
                                       )
          Defendants.                  )


The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

_____          We agree that the schedule set forth in the Conference and Scheduling Order filed __July 17, 2025__ is appropriate for this case. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

_____          We agree that the schedule set forth in the Conference and Scheduling Order filed __July 17, 2025__ requires modification as set forth in the attached proposed Consent Amended Scheduling Order (use format of the Court's standard scheduling order attached hereto). **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

_____          We are unable, after consultation, to agree on a schedule for this case. We, therefore, request a scheduling conference with the Court. **The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. P., with disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**


(SIGNATURE PAGE ATTACHED)

| PLAINTIFF(S) | DEFENDANT(S) |
|---|---|

_____

*Signature of Plaintiff's Counsel*

_____

*Printed Name of Plaintiff's Counsel and Party Represented*

_____

*Signature of Plaintiff's Counsel*

_____

*Printed Name of Plaintiff's Counsel and Party Represented*

_____

*Signature of Plaintiff's Counsel*

_____

*Printed Name of Plaintiff's Counsel and Party Represented*

_____

*Signature of Plaintiff's Counsel*

_____

*Printed Name of Plaintiff's Counsel and Party Represented*

*Dated:* _____

_____

*Signature of Defendant's Counsel*

_____

*Printed Name of Defendant's Counsel and Party Represented*

_____

*Signature of Defendant's Counsel*

_____

*Printed Name of Defendant's Counsel and Party Represented*

_____

*Signature of Defendant's Counsel*

_____

*Printed Name of Defendant's Counsel and Party Represented*

_____

*Signature of Defendant's Counsel*

_____

*Printed Name of Defendant's Counsel and Party Represented*

*Dated:* _____

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | | |
|---|---|---|
| DAVID GAINEY, | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 5:25-cv-07706-MGL |
| | ) | |
| EXCLUSIVE MOVING AND DELIVERY, LLC, | ) | |
| and FRANKLYN F. RODRIGUEZ, | ) | |
| | ) | |
| Defendants | ) | |

## NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability*. A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

Consent to a magistrate judge's authority. The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| Parties' printed names | Signatures of parties or attorneys | Dates |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

## Reference Order

**IT IS ORDERED**: This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____

_____
District Judge's signature

_____
Printed name and title

Note:  Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a
        United States magistrate judge. Do not return this form to a judge.