IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION
CIVIL ACTION NO.: 5:25-cv-07706-MGL

| | |
|---|---|
| David Gainey, | ) |
| Plaintiff, | ) **NOTICE OF APPEARANCE** |
| vs. | ) |
| Exclusive Moving and Delivery, LLC and Franklyn F. Rodriguez, | ) |
| Defendants. | ) |

**TO:   THE CLERK OF COURT AND ALL PARTIES OF RECORD**

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiff David Gainey.

**MORGAN & MORGAN, P.A.**

By: /s/Jonathan D. Graham
Jonathan D. Graham
Federal Bar No. 13969
E-Mail: jgraham@forthepeople.com
4401 Belle Oaks Drive, Suite 300,
North Charleston, SC 29405
P: (843) 947-6063
F: (843) 947-6113

*Attorney for Plaintiff*

August 15, 2025.
Charleston, SC

1