**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**ORANGEBURG DIVISION**

| | |
|---|---|
| DAVID GAINEY,            ) | CASE NO.:     5:25-cv-07706-MGL |
|              ) | |
|    Plaintiff,      ) | |
|              ) | |
| v.              ) | |
|              ) | |
| EXCLUSIVE MOVING AND  ) | |
| DELIVERY, LLC AND FRANKLYN  ) | |
| F. RODRIGUEZ,      ) | |
|              ) | |
|    Defendants.     ) | |

**LOCAL RULE 26.03 ANSWERS TO INTERROGATORIES**

The parties jointly submit the following Rule 26(f) Report pursuant to Local Rule 26.03:

**1.    Statement of Facts**

This matter involves an accident occurring on October 19, 2024, on westbound Interstate 26 in Orangeburg County, South Carolina.  Defendant Franklyn F. Rodriguez was driving a Hino delivery box truck for Defendant Exclusive Moving and Delivery, LLC.  Plaintiff David Gainey was driving a 2013 Cadillac owned by the passenger, Melanie Baker.  Defendant's truck collided with the rear of the vehicle Plaintiff was driving.  Plaintiff claims that he was injured in the accident, requiring medical treatment.

**2.    Likely Fact Witnesses and Expected Testimony**

a.  David Gainey- facts of the accident and his claimed injuries and damages.

b.  Melanie Baker- facts of the accident and Plaintiff's claimed injuries and damages.

c.  Franklyn Rodriguez- facts of the accident.

d.  Rule 30(b)(6) designee of Exclusive Moving and Delivery, LLC- on hiring, training, supervision, and retention of Franklyn Rodriguez.

**3.    Names and Subject Matter of Expert Witnesses and/or Subject Matter and Field of Expertise as to Experts Likely to be Offered.**

Neither party has identified testifying experts yet.

Plaintiff will call his treatment providers and expects that they will qualify as experts under the rules of evidence. Plaintiff may also retain a radiologist, a life care planner, an economist, and a vocational rehabilitation specialist to quantify Plaintiff's likely future economic injuries.

For Defendants, Defendants may have an expert testify as to Plaintiff's claimed physical injuries as it is Defendants' counsel's understanding that Plaintiff had an unspecified organ transplant prior to the accident and was scheduled to get checked out for that.

**4.   Summary of Claims and Defenses**

Plaintiff's claims are:

1.   Negligence *per se* as to Defendant Rodriguez;

2.   Negligence as to Defendant Rodriguez;

3.   Vicarious Liability as to Defendant Exclusive Moving; and

4.   Negligent Hiring, Training, Supervision, and Retention as to Defendant Exclusive Moving.

Defendants have denied liability and have asserted comparative negligence, sudden emergency, and unavoidable accident defenses.  Defendants have also raised defenses relating to Plaintiff's claimed damages, including lack of proximate causation.

**5.   Proposed Dates for Listed Deadlines**

a.   Exchange of Fed. R. Civ. P. 26(a)(2) expert disclosures:

i.   Plaintiff: December 15, 2025

ii.   Defendants: January 29, 2026

b.   Completion of Discovery: March 16, 2026.

**6.   Special Circumstances**

The parties are submitting a proposed Amended Scheduling Order which adds two additional weeks for motions to join other parties and amend pleadings and which moves most other deadlines back sixty days.  The parties are keeping the original mediation deadline.  The parties propose forty-five days between the deadline for Plaintiff's expert disclosures and Defendants' expert disclosures.

Respectfully submitted this 20th day of August 2025.

- 2 -

By:   /s/ W. James Flynn
      W. James Flynn
      SC District Court Bar Number 9154
      4000 S. Faber Place Drive
      Charleston, SC 29405
      jflynn@chartwelllaw.com
      (704) 313-6645 Phone
      (610) 666-7704 Fax
      *Attorneys for Defendants Exclusive Moving and Delivery,*
      *LLC and Franklyn E. Rodriguez*


      **MORGAN & MORGAN, P.A.**

By:    /s/Jonathan Graham
      Jonathan D. Graham
      State Bar No. 105763
      Federal Bar No. 13969
      E-Mail: jgraham@forthepeople.com
      4401 Belle Oaks Drive, Suite 300,
      North Charleston, SC 29405
      (843) 947-6063
      *Counsel for Plaintiff*


August 20, 2025.