# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ORANGEBURG DIVISION

| | |
|---|---|
| David Gainey,<br><br>*Plaintiff*,<br><br>vs.<br><br>Exclusive Moving and Delivery, LLC and Franklyn F. Rodriguez,<br><br>*Defendants*. | Case No.: **5:25-cv-07706-MGL**<br><br>**PLAINTIFF'S RULE 26(A)(2) EXPERT WITNESS DISCLOSURES** |

Plaintiff David Gainey hereby submits his expert disclosure as required by Federal Rule of Civil Procedure 26(a)(2) and this Court's Case Management and Scheduling Order. Plaintiff designates the following retained expert witness who is expected to be called to offer opinions and testify at trial:

1. **Dr. Christopher R. Sellars, DO, CLCP**
   c/o Physician Life Care Planning
   12707 Silicon Drive, Suite 150
   San Antonio, TX 78249

Plaintiff has retained Dr. Christopher Sellars to prepare a life care plan projecting Plaintiff's future medical needs and medical costs resulting from the injuries caused by Defendants' negligence. Dr. Sellars has offered opinions within a reasonable degree of medical probability regarding the Plaintiff's future medical needs and that the reasonable costs of the same will be at least $180,611.15, as documented in his report. Reports from this expert, as well as the documentation required by Fed. R. Civ. P. 26(a)(2)(B), were provided to Defendants' counsel on December 15, 2025.

---

Plaintiff may also call his treating physicians as witnesses. Plaintiff anticipates that his treating physicians will qualify as experts by knowledge, skill, experience, training, or education, and Plaintiff reserves the right to elicit testimony regarding each physician's opinions, if any,

regarding the cause, diagnosis, treatment, and prognosis of Plaintiff's injuries. The treating physicians Plaintiff intends to call at this time are as follows:

1. **Dr. Michael Connelly, MD.**
   c/o American Health Imaging
   1117 South Carolina 41, Ste. 103 & 104,
   Mt. Pleasant, SC 29466

   Dr. Connelly is the radiologist who read the magnetic resonance imaging of Plaintiff's lumbar spine. Dr. Connelly is expected to testify regarding his opinions of the imaging consistent with his MRI reports.

2. **Dr. Jason Highsmith, MD, FACS**
   c/o Carolina Neurosurgery & Orthopedics,
   7301 Rivers Avenue, Suite 242,
   North Charleston, SC 29406

   Dr. Highsmith is a neurosurgeon who performed surgery on Plaintiff's lumbar spine. Dr. Highsmith is expected to testify regarding the nature and cause of Plaintiff's lumbar injuries, as well as his treatment of Plaintiff's lumbar injuries and his recommendations for future care, consistent with Dr. Highsmith's medical records.

3. **Dr. Stephen Fann, MD.**
   1600 Midtown Ave, 2nd Floor,
   Mt. Pleasant, SC 29464
   c/o Medical University of South Carolina
   171 Ashley Avenue, SC 29425

   Dr. Fann is the surgeon who performed Plaintiff's incisional hernia repair. Dr. Fann is expected to testify regarding Plaintiff's medical treatment and history in his care.

4. **Dr. Thomas Werth, MD.**
   2060 Sam Rittenberg Blvd.,
   Charleston, SC 29407
   c/o Medical University of South Carolina
   171 Ashley Avenue, SC 29425

   Dr. Werth is a gastroenterologist who treated Plaintiff following a liver transplant. Dr. Werth is expected to testify regarding Plaintiff's medical treatment and history in his care.

5.  **Dr. Madison Quigley, MD.**
    135 Rutledge Avenue,
    Charleston, SC 29425.
    c/o Medical University of South Carolina
    171 Ashley Avenue, SC 29425

    Dr. Quigley has been Plaintiff's primary care physician since 2023. Dr. Quigley is expected to testify regarding Plaintiff's medical history and treatment.

Plaintiff's list of treating physicians above does not include all treating physicians contained in Plaintiff's medical records, but rather those treating physicians whose testimony Plaintiff believes may be relevant to the trial of this case. Because Plaintiff's medical care is ongoing, Plaintiff reserves the right to supplement his list of treating physicians and to call any relevant treating physician as a witness at the trial of this case. Plaintiff also reserves the right to supplement this disclosure later should the case develop in such a way to warrant additional expert testimony on Plaintiff's behalf. Plaintiff further reserves the right to elicit expert testimony from individuals named as experts by other parties, as well as other witnesses later identified who may qualify as experts under the Rules of Evidence.

|  |  |
|---|---|
|  | **MORGAN & MORGAN, P.A.** |
|  | By:      /s/Jonathan Graham |
|  | Jonathan D. Graham |
|  | State Bar No. 105763 |
|  | Federal Bar No. 13969 |
|  | E-Mail: jgraham@forthepeople.com |
|  | 4401 Belle Oaks Drive, Suite 300, |
| Charleston, SC | North Charleston, SC 29405 |
|  | (843) 947-6063 |
| December 15, 2025. | *Counsel for Plaintiff* |