# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ORANGEBURG DIVISION

| | | |
|---|---|---|
| DAVID GAINEY, | ) | |
| | ) | CASE NO.:   5:25-cv-07706-MGL |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EXCLUSIVE MOVING AND | ) | |
| DELIVERY, LLC AND FRANKLYN | ) | |
| F. RODRIGUEZ, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' EXPERT WITNESS DISCLOSURE

Defendants Exclusive Moving and Delivery, LLC and Franklyn F. Rodriguez submit this document to identify Dr. P. Douglas deHoll as an expert witness they expect to call at trial. Defendants, though their undersigned counsel, certify that they have provided a written report signed by Dr. deHoll, including information required by Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure, to Plaintiff's counsel

Respectfully submitted this 29th day of January 2026.


By:   /s/ W. James Flynn
      W. James Flynn
      SC District Court Bar Number 9154
      4000 S. Faber Place Drive
      Charleston, SC 29405

jflynn@chartwelllaw.com
(704) 313-6645 Phone
(610) 666-7704 Fax
Attorneys for Defendants Exclusive Moving and Delivery, LLC and Franklyn E. Rodriguez