IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION
CIVIL ACTION NO.: 5:25-cv-07706-MGL

| | | |
|---|---|---|
| David Gainey, | ) | |
| | ) | |
| Plaintiff, | ) | **JOINT STATUS REPORT AND REQUEST** |
| | ) | **FOR AMENDED SCHEDULING ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Exclusive Moving and Delivery, LLC and | ) | |
| Franklyn F. Rodriguez, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to the Court's order of April 2 (ECF # 25), the parties file this Joint Status Report and ask this Court to modify the current scheduling order as set forth in the Proposed Amended Scheduling Order also shared with the Court.

**Status Report**

The parties are engaged in ongoing discovery. In accordance with the current Scheduling Order (ECF # 22), Plaintiff filed and served his Expert Disclosures on December 15, 2025 (ECF # 23) and Defendants filed and served their Expert Disclosures on January 29, 2026 (ECF # 24). Due to scheduling difficulties, no party depositions have been completed. Given the lack of depositions, the parties have not completed mediation. The parties engaged in discussions regarding requesting a new scheduling order from the Court. Plaintiff's counsel had an unexpected absence from the office for a death in the family and discussions regarding a new scheduling order were not completed upon his return to the office before the Court filed its April 2 Order (ECF # 25). Thus, the deadlines passed inadvertently, not through any willful disregard by the parties.

1

The parties respectfully ask this Court to adopt the proposed First Amended Scheduling Order emailed to the Court together with the filing of this Status Report. This is the parties' first Motion to extend time. The parties did not willfully disregard the current Scheduling Order's deadlines. The parties are actively scheduling both depositions and mediation and believe that the dates in the proposed scheduling order will give the parties sufficient time to complete discovery, participate in an effective mediation, and prepare for trial if necessary.

Respectfully submitted April 3, 2026.

**MORGAN & MORGAN, P.A.**
By: /s/Jonathan Graham
Jonathan D. Graham
State Bar No. 105763
Federal Bar No. 13969
E-Mail: jgraham@forthepeople.com
E-service: TeamGraham@forthepeople.com
4401 Belle Oaks Drive, Suite 300,
North Charleston, SC 29405

(843) 947-6063

*Counsel for Plaintiff.*


**CHARTWELL LAW**

By: /s/ W. James Flynn
W. James Flynn
Federal Bar No. 9154
4000 S. Faber Place Drive
Charleston, SC 29405
jflynn@chartwelllaw.com
(704) 313-6645 Phone
(610) 666-7704 Fax
*Attorneys for Defendants Exclusive Moving and Delivery, LLC and Franklyn E. Rodriguez*

2